TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

SUPPLEMENTAL OPINION

NO. 03-00-00281-CV

Richard D. Parker, Appellant

v.

The State of Texas; The City of Houston; and Transit Authority of Houston, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 98-00772, HONORABLE PETER M. LOWRY, JUDGE PRESIDING 

 Appellant Richard D. Parker and appellees The State of Texas, The City of
Houston, and Transit Authority of Houston have filed a joint motion to dismiss the appeal. We
grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2). We also dismiss appellees'
motion for rehearing.

 The judgment of this Court, dated December 7, 2000, is withdrawn; the opinion
of this Court, dated December 7, 2000, is not withdrawn.

 

 J. Woodfin Jones, Justice

Before Justices Kidd, Yeakel and Jones*

Dismissed on Joint Motion

Filed: January 11, 2001

Publish

* Before J. Woodfin Jones, Justice (former), Third Court of Appeals, sitting by assignment. See
Tex. Gov't Code Ann. § 75.003(a)(1) (West 1998).